IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHNNY QUIÑONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 03-577-MJR |
| | ) |
| **CHARLES R. GILKEY, DR. LABORE,** | ) |
| **HARRELL WATTS, G.L.** | ) |
| **HERSHBERGER, DR. DAWDY and** | ) |
| **UNKNOWN PARTIES M-Z,** | ) |
| | ) |
| **Defendants.** | ) |

## **JUDGMENT**

      This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

      **IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| June 6, 2005 | By:  **s/ Michael J. Reagan** |
| *Date* | *District Judge* |